## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| WHITE CAP CONSTRUCTION SUPPLY, INC., | Case No. 8:08-cv-264 |
| Plaintiff, | |
| vs. | ORDER |
| TIGHTON FASTENER AND SUPPLY CORPORATION d/b/a TIGHTON TOOLS & FASTENERS, INC.; MATT UPDIKE; MIKE NENEMAN; RICH WHITE; GREG ASCHE; JASON JARZYNKA; and BILL SHUMAKER, | |
| Defendants. | |

This matter comes before the Court upon the parties' Stipulation to Amend Order for Initial Progression of Case and Extend Deadlines for Plaintiff's Responses to Motions to Stay (Doc. 37) in the above matter. Upon review of the Stipulation, and being fully advised in the premises,

**IT IS ORDERED** that Stipulation (Doc. 37) is granted, as follows:

(a)  Rule 26(a)(1) Disclosures are due by **December 15, 2008**;

(b)  Plaintiff's time to respond to the Motion to Stay and Compel Arbitration (Doc. 33) filed by Defendants Matt Updike, Mike Neneman, Rich White, Greg Asche, Jason Jarzynka, and Bill Shumaker is extended to **December 8, 2008**; and

(c)  Plaintiff's time to respond to the Motion to Stay Action Pending Arbitration (Doc. 36) filed by Defendant Tighton Fastener and Supply Corporation d/b/a Tighton Tools & Fasteners, Inc. is extended to **December 11, 2008.**

**DATED October 20, 2008.**

BY THE COURT:

s/ F.A. Gossett
**United States Magistrate Judge**