IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| WHITE CAP CONSTRUCTION SUPPLY, Inc., <br><br> Plaintiff, <br><br> v. <br><br> TIGHTEN FASTENER AND SUPPLY, Corporation, MATT UPDIKE, MIKE NENEMAN, RICH WHITE, GREG ASCHE, JASON JARZYNKA, and BILL SHUMAKER, <br><br> Defendants. | 8:08CV264 <br><br> ORDER |

    This matter comes before the Court upon the Parties' Stipulation to Extend Deadline for the Parties to Serve Rule 26(a)(1) Disclosures (Filing 41) in the above matter. Upon review of the Stipulation, and being fully advised in the premises,

    IT IS ORDERED that, for good cause shown, the Stipulation shall be and hereby is granted.

    IT IS FURTHER ORDERED that the deadline by which the Parties are required to serve their disclosures in accordance with Fed. R. Civ. P. 26(a)(1) is extended until twenty-one (21) days following the Court's ruling on Defendants' motions to stay (Filings 33 and 36).

    DATED this 15th day of December, 2008.

                                                            BY THE COURT:

                                                            s/ F.A. Gossett <br>
                                                            United States Magistrate Judge