IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| WHITE CAP CONSTRUCTION SUPPLY, INC., | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) ) | |
| TIGHTON FASTENER AND SUPPLY CORP., MATT UPDIKE, MIKE NENEMAN, RICH WHITE, GREG ASCHE, JASON JARZYNKA, and BILL SHUMAKER, | ) ) ) ) ) ) ) | 8:08CV264<br><br>SCHEDULING ORDER |
| Defendants. | ) ) | |

Upon review of the Stipulation (Doc. 49) filed by Plaintiff and individual defendants Updike, Neneman, White, Asche, Jarzynka and Shumaker,

IT IS ORDERED that Defendant, Tighton Fastener & Supply Corp., is given until and including **January 27, 2009**, to file any response or objection to the Stipulation.

DATED this 20th day of January, 2009.

BY THE COURT:

s/ F.A. Gossett
United States Magistrate Judge