IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

WHITE CAP CONSTRUCTION SUPPLY, INC.,

Plaintiff,

vs.

TIGHTON FASTENER AND SUPPLY
CORPORATION d/b/a TIGHTON TOOLS &
FASTENERS, INC.; MATT UPDIKE; MIKE
NENEMAN; RICH WHITE; GREG ASCHE;
JASON JARZYNKA; and BILL SHUMAKER,

Defendants.

Case No. 8:08-CV-264

**PLAINTIFF'S MOTION TO COMPEL
INITIAL DISCLOSURES**

COMES NOW Plaintiff White Cap Construction Supply, Inc. ("White Cap"), by and through undersigned counsel, and hereby moves this Court pursuant to Fed. R. Civ. P. 37(a)(3)(A) for an order compelling Defendant Tighton Fastener and Supply Corporation d/b/a Tighton Tools & Fasteners, Inc. ("Tighton Tools") to supplement its Initial Disclosures by providing the specific subjects of the information Tighton Tools may offer to support of its defenses with respect to each witness disclosed as required by Fed. R. Civ. P. 26(a)(1)(A)(i).

WHEREFORE, White Cap respectfully requests the relief set forth above, along with its expenses, fees and costs associated with bringing this motion as provided by Fed. R. Civ. P. 37(a)(5)(A).

4830-1382-6820.1

Dated this 14th day of July, 2009.

White Cap Construction Supply, Inc.

By: s/Gillian G. O'Hara

Marcia Washkuhn #21022
Gillian G. O'Hara #22414
KUTAK ROCK LLP
The Omaha Building
1650 Farnam Street
Omaha, NE  68102-2186
(402) 346-6000

## CERTIFICATE OF SERVICE

I hereby certify that on July 14, 2009, I electronically filed the foregoing **PLAINTIFF'S MOTION TO COMPEL INITIAL DISCLOSURES** with the Clerk of the Court using the CM/ECF system, which sent notification of such filing to the following:

David J. Koukol – dkoukol@downtownomahalaw.com
Karisa D. Johnson – kjohnson@downtownomahalaw.com
Clay M. Rogers – crogers@smithgardnerslusky.com
Kevin J. McCoy – kmccoy@dwyersmith.com

s/ Gillian G. O'Hara
Gillian G. O'Hara

4830-1382-6820.1