## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| WHITE CAP CONSTRUCTION SUPPLY, INC., | ) ) ) | |
| Plaintiff, | ) ) ) | |
| vs. | ) ) ) | |
| TIGHTON FASTENER AND SUPPLY CORPORATION d/b/a Tighton Tools & Fasteners, Inc.; MATT UPDIKE; MIKE NENEMAN; RICH WHITE; GREG ASCHE; JASON JARZYNKA; and BILL SHUMAKER, | ) ) ) ) ) ) ) ) | 8:08CV264<br><br>ORDER |
| Defendants. | ) | |

The deposition of defendant, Matt Updike, was noticed for July 1-2, 2010 (see Doc. 151). Updike subsequently filed a motion to disqualify plaintiff's counsel and a motion for protective order. Upon review of both motions,

**IT IS ORDERED** that the motion for protective order (Doc. 155) filed by defendant, Matt Updike, is granted. Plaintiff may not depose defendant Updike until Updike's related Motion to Disqualify Plaintiff's Counsel (Doc. 154) is resolved.

DATED June 25, 2010.

BY THE COURT:

s/ F.A. Gossett
**United States Magistrate Judge**