IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **WHITE CAP CONSTRUCTION SUPPLY, INC.,** | ) ) ) | |
| Plaintiff, | ) ) ) | 8:08CV264 |
| vs. | ) ) ) | |
| **TIGHTON FASTENER AND SUPPLY CORPORATION d/b/a TIGHTON TOOLS & FASTENERS, INC; MATT UPDIKE; MIKE NENEMAN; RICH WHITE; GRET ASCHE; JASON JARZYNKA and BILL SHUMAKER,** | ) ) ) ) ) ) ) ) | ORDER |
| Defendants. | ) | |

This case is before the court on the Motion for Extension of Plaintiff's Rule 26(a)(2) Expert Disclosure Deadline and Status Conference (#163). Due to the number and nature of pending motions, the court will grant the request for a status conference. However, the court will not hear argument on the motions for disqualification. Therefore,

**IT IS ORDERED:**

1. A status conference hearing on the record, with counsel and pro se parties present in person, will be held before the undersigned magistrate judge is set for **Friday, July 16, 2010 at 10:30 A.M.,** in Courtroom 6, 2nd Floor of the Roman L. Hruska United States Courthouse.

2. The parties should be prepared to discuss all pending motions, the status of arbitration, and any proposals the parties may have for further discovery and scheduling.

Dated this 8th day of July 2010.

BY THE COURT:

S/ F. A. Gossett
United States Magistrate Judge