IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| WHITE CAP CONSTRUCTION SUPPLY, INC., <br><br> Plaintiff, <br><br> vs. <br><br> TIGHTON FASTENER AND SUPPLY CORPORATION d/b/a Tighton Tools & Fasteners, Inc.; MATT UPDIKE; MIKE NENEMAN; RICH WHITE; GREG ASCHE; JASON JARZYNKA; and BILL SHUMAKER, <br><br> Defendants. | 8:08CV264 <br><br> ORDER |

On July 16, 2010, oral argument was heard on the plaintiff's "Motion for Extension of Plaintiff's Rule 26(a)(2) Expert Disclosure Deadline and Status Conference" (Doc. 163). As discussed on the record,

**IT IS ORDERED** that the motion (Doc. 163) is granted, in part, as follows:

1.   The deposition of defendant, Matt Updike, is no longer stayed.  The deposition shall be taken, as soon as is practicable, at counsel's mutual convenience.  The parties shall proceed with written discovery, but may not schedule any depositions other than the deposition of Matt Updike until defendants' motions to disqualify counsel (Docs. 154 & 160) are resolved.

2.   Plaintiff shall file its motion for substitution of parties as soon as is practicable.

3.   All progression order deadlines, including the plaintiff's expert disclosure deadline, are suspended pending the court's final resolution of the defendants' motions to disqualify plaintiff's counsel.

4.   The court will, by further order, direct the parties to submit a proposed schedule after the pending motions to disqualify counsel are resolved.

**DATED July 16, 2010.**

BY THE COURT:

s/ F.A. Gossett
**United States Magistrate Judge**