IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| WHITE CAP CONSTRUCTION SUPPLY, INC., et al., | ) ) ) | Case No. 8:08CV264 |
| Plaintiffs, | ) ) | |
| vs. | ) ) | **ORDER** |
| TIGHTON FASTENER AND SUPPLY CORPORATION, et al., | ) ) ) | |
| Defendants. | ) | |

Upon notice of settlement pursuant to the Mediation Closure Notice (#206) filed by Michael Kinney,

**IT IS ORDERED:**

1. On or before **January 3, 2011,** the parties shall electronically file a joint stipulation for dismissal (or other dispositive stipulation) and shall submit to District Judge Laurie Smith Camp, at smithcamp@ned.uscourts.gov, a draft order which will fully dispose of the case; and

2. Absent compliance with this order, this case (including all counterclaims and the like) may be dismissed without further notice.

Dated this 1st day of December 2010.

BY THE COURT:

s/ F.A. Gossett, III
United States Magistrate Judge